

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00740-CR

The **STATE** of Texas,
Appellant

v.

Dyandra Christine **YSASSI**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 485307
Honorable John Longoria, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order granting Appellant Dyandra Christine Ysassi's Motion to Suppress is REVERSED and this matter is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED December 19, 2018.

_____
Patricia O. Alvarez, Justice